IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES TRACY LUNSFORD,

      Appellant,

v.

                                       Case No.  5D23-420
                                       LT Case Nos. 2020-CF-0298
                                                    2020-CF-1483
                                                      2021-CF-1117

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed June 6, 2023

3.801 Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

James Tracy Lunsford, Daytona
Beach, pro se.

Ashley Moody, Attorney General,
and Holly N. Simcox, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and PRATT, JJ., concur.